PROB 12C
(7/93)

Report Date: August 22, 2014

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Wade Roberson     Case Number: 2:13CR00041-JLQ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 26, 2013

| | | |
|---|---|---|
| Original Offense: | Theft of Firearms from Federal Firearms Licensee, 18 U.S.C. § 922(u), 924(i)(1), and 2 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: September 26, 2013 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: September 25, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/16/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
5 | **Condition #20** : You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.
 | **Supporting Evidence**: On August 7, 2014, Mr. Roberson reported to Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) for an intake process into that program. ADEPT recommended Mr. Roberson attend intensive outpatient substance abuse treatment sessions 3 days per week. On August 12, 2014, Mr. Roberson attended his initial IOP treatment session. However, ADEPT reported Mr. Roberson failed to attend treatment groups on August 13, 14, 19, 20, and 21, 2014.

Prob12C
**Re: Roberson, Justin Wade**
**August 22, 2014**
**Page 2**

| | |
|---|---|
| 6 | **Condition #21:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but not more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Roberson failed to report for random drug testing at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) on August 7 and 21, 2014. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Erik Carlson

August, 22, 2014

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

8/23/2014
Date