PROB 12C
(7/93)

Report Date: December 15, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Wade Roberson            Case Number: 2:13CR00041-JLQ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 26, 2013

| | | |
|---|---|---|
| Original Offense: | Theft of Firearms from Federal Firearms Licensee, 18 U.S.C. § 922(u) | |
| Original Sentence: | 30 days jail | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: September 26, 2013 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: September 25, 2018 |

### PETITIONING THE COURT

**To ISSUE A WARRANT** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 16, August 22, and September 4, 2014.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8, 9 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: Mr. Roberson failed to submit a monthly supervision report for the month of November 2014. As of the date of this report, he has yet to submit a monthly supervision report for the month of November 2014. |
| | **Supporting Evidence**: Mr. Roberson was scheduled to report to the U.S. Probation Office on November 10, 2014. He failed to report as directed. |
| | On November 25, 2014, this officer sent a letter to Mr. Roberson using his provided post office box that directed him to report to the U.S. Probation Office on December 4, 2014, at 11 a.m. Mr. Roberson failed to report as directed. |
| 10 | **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: On November 14, 2014, this officer attempted to contact Mr. Roberson at his last reported address, which was a motel room he shares with his mother. Upon knocking, a male voice yelled from the room stating this officer was at the wrong room. Mr. Roberson has not reported a change of residence to this officer and his whereabouts are unknown at this time.

| | |
|---|---|
| 11, 12 | **Special Condition #22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 20, 2014, Mr. Roberson reported to the U.S. Probation Office and provided a urine sample that tested presumptively positive for the presence of marijuana. Mr. Roberson denied using marijuana and the sample was sent to Alere Toxicology Services (Alere) for further analysis. On October 29, 2014, Alere confirmed Mr. Roberson's urine sample collected on October 20, 2014, was positive for the presence of marijuana.

**Supporting Evidence**: Mr. Roberson failed to report for random drug testing at Alcohol Education Prevention and Treatment, Inc. (ADEPT) on November 5 and 19, 2014, and on December 10, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 15, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/15/2014
Date