Case 2:13-cr-00041-JLQ   Document 215   Filed 01/23/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2015

SEAN F. MCAVOY, CLERK

₁245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1   Revised by WAED - 06/13

# UNITED STATES DISTRICT COURT

Eastern District of Washington

| UNITED STATES OF AMERICA | **Amended Judgment in a Criminal Case** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| JUSTIN WADE ROBERSON | |
| | Case No.  2:13cr00041-JLQ-1 |
| | USM No.  14829-085 |
| | Meredith B. Esser |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  MC2, SC2,6,11, SPC20,21,22  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not commit another federal, state, or local crime | 06/27/2014 |
| 2 | Notify PO w/in 72 hours of law enforcement contact | 06/11/2014 |
| 3 | Undergo substance abuse evaluation | 05/12/2014 |
| 4 | Abstain from illegal controlled substances | 06/18/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5813

Defendant's Year of Birth:  1989

City and State of Defendant's Residence:
Spokane, WA

01/13/2015
Date of Imposition of Judgment

_/s/ Justin L. Quackenbush_
Signature of Judge

Justin L. Quackenbush     Senior Judge, U.S. District Court
Name and Title of Judge

January 23, 2015
Date

**\*\*Correction to signature date/year**

DEFENDANT: JUSTIN WADE ROBERSON
CASE NUMBER: 2:13cr00041-JLQ-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Undergo substance abuse evaluation and enter treatment program | 08/07/2014 |
| 6 | Abstain from use of illegal controlled substances | 08/07/2014 |
| 7 | Shall not commit another federal, state, or local crime | 09/04/2014 |
| 8 | Abstain from use of illegal controlled substances | 09/03/2014 |
| 9 | Report to PO w/in first 5 days of each month and provide written report | 11/01/2014 |
| 10 | Report to PO w/in first 5 days of each month and provide written report | 11/10/2014 |
| 11 | Notify PO w/in 10 days prior to change of residence | 11/14/2014 |
| 12 | Abstain from use of illegal controlled substances | 10/20/2014 |
| 13 | Abstain from use of illegal controlled substances | 11/05/2014 |

DEFENDANT: JUSTIN WADE ROBERSON
CASE NUMBER: 2:13cr00041-JLQ-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : 90 day(s)

Credit for time served

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL